UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TAHER SHRITEH, et al.,**

    **Plaintiffs,**

v.                                 CASE NO: 8:08-cv-161-T-30EAJ

**SECRETARY, DEPARTMENT
OF HOMELAND SECURITY, et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court for consideration of a Notice of Voluntary Dismissal (Dkt. 25). Upon consideration and review of same, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on June 24, 2009.

                                          JAMES S. MOODY, JR.
                                          UNITED STATES DISTRICT JUDGE

Conformed copies to:
Counsel/Parties of Record

S:\Odd\2008\08-cv-161.dismissal.voluntary.wpd